EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Julio Cruz Rodríguez | 2008 TSPR 151<br><br>175 DPR _____ |

Número del Caso: TS-3649


Fecha: 4 de septiembre de 2008


Abogado de la Parte Peticionaria:

                    Por Derecho Propio


Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo



Materia: Baja Voluntaria al Ejercicio de la Abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Julio Cruz Rodríguez

TS-3649

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Jueza Asociada señora Fiol Matta

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 4 de septiembre de 2008.

Vista la Moción sobre renuncia al ejercicio de la abogacía y la Moción en contestación a resolución, se autoriza la baja voluntaria del Lcdo. Julio Cruz Rodríguez.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo